IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ROSE HILLS,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:18-cv-301-ADA** |
| | § | |
| **SAM'S EAST, INC., SAM'S CLUB, and** | § | |
| **WAL-MART, INC., formerly known as** | § | |
| **WAL-MART STORES, INC.,** | § | |
| **Defendants** | § | |

## APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT OPINIONS OF HECTOR MIRANDA-GRAJALES, MD, CLCP

EXHIBIT A: Plaintiff's First Amended Complaint

EXHIBIT B: Plaintiff Rose Hill's Expert Disclosures- July 18, 2019

EXHIBIT C: Life Care Plan for Rose Hills- July 14, 2019

EXHIBIT D: Curriculum Vitae – Hector A. Miranda-Grajales, MD, CLCP

EXHIBIT E: Deposition of Hector A. Miranda-Grajales, MD, CLCP- January 16, 2020

EXHIBIT F: Affidavit of Dr. Hector Miranda-Grajales, MD, CLCP – February 7, 2020

    Respectfully submitted,

    THE CARLSON LAW FIRM, P.C.
    2010 SW HK Dodgen Loop, Suite 201
    Temple, Texas 76504
    Tel: 254-771-5688
    Fax:254-771-0655

/s/ Julie L. Peschel_____
JULIE L. PESCHEL
TX SBN: 24052308
Email: Jpeschel@carlsonattorneys.com
JESSICA N. MORRISON
TX SBN: 24100713
Email: Jmorrison@carlsonattorneys.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this, the 7th day of February, 2020, a true and correct copy of the foregoing has been forwarded to all counsel of record.

/s/ Julie L. Peschel_____
JULIE L. PESCHEL